```
                                                            ┌─────────────────────┐
                                                            │      FILED          │
                                                            │   May 15, 2009      │
          UNITED STATES DISTRICT COURT FOR THE              │ CLERK, US DISTRICT COURT │
                                                            │  EASTERN DISTRICT OF │
          EASTERN DISTRICT OF CALIFORNIA                    │     CALIFORNIA      │
                                                            ├─────────────────────┤
                                                            │    DEPUTY CLERK     │
                                                            └─────────────────────┘
```

UNITED STATES OF AMERICA, )
) Case No. 2:09CR00195-FCD
        Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
JAMES CHARLES SVENDSEN, )
)
        Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  JAMES CHARLES SVENDSEN , Case No. 2:09CR00195-FCD , Charge  21 USC § 846 & 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of $_____

        __  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

    ✔  (Other)    Conditions of Release as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 15, 2009  at  2:00 pm .

                        By   /s/ Gregory G. Hollows
                              Gregory G. Hollows
                              United States Magistrate Judge

Copy 5 - Court