COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
JAMES SVENDSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:09-CR-195 FCD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| JAMES SVENDSEN, | |
| Defendant. | |

    Defendant JAMES SVENDSEN, by and through his attorney Colin L. Cooper, and plaintiff United States of America, by and through Assistant United States Attorney Samuel Wong, hereby stipulate and agree to continue the status conference in the above-captioned case from Monday, June 1, 2009, at 10:00 a.m. to Monday, June 15, 2009, at 10:00 a.m. The continuance is requested to allow defendant's counsel additional time for review of discovery and further investigation.  In addition, Mr. Cooper is currently in trial in Alameda County, and will be unavailable on June 1, 2009.

    The parties further stipulate and agree that the period from June 1, 2009 to June 15, 2009, is excludable from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.§3161(h)(7)(A) and (B)(iv) and Local Code T4 for the effective preparation of defense counsel and continuity of defense counsel.

DATED: May 28, 2009         /s/ COLIN L. COOPER
                            Attorney for Defendant JAMES SVENDSEN

DATED: May 28, 2009         /s/ SAMUEL WONG
                            Assistant United States Attorney

_____

**ORDER**

GOOD CAUSE APPEARING from the reasons set forth in the stipulation of the parties, filed on May 29, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for June 1, 2009, shall be continued until Monday, June 15, 2009, at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and defendant James Svendsen in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the period of June 1, 2009, to June 15, 2009, is excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare and provide defendant with continuity of defense counsel.

DATED: May 29, 2009         _____
                            FRANK C. DAMRELL, JR.
                            UNITED STATES DISTRICT JUDGE