COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
JAMES SVENDSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-CR-00195 FCD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| JAMES SVENDSEN, | |
| Defendant. | |

Defendant JAMES SVENDSEN, by and through his attorney Colin L. Cooper, and plaintiff United States of America, by and through Assistant United States Attorney Samuel Wong, hereby stipulate and agree to continue the status conference in the above-captioned case from Monday, June 15, 2009 at 10:00 a.m. to Monday, June 22, 2009, at 10:00 a.m. The continuance is requested to allow defendant's counsel additional time for review of discovery and further investigation. In addition, Mr. Cooper is currently in trial in Alameda County, and will be unavailable on June 15, 2009.

The parties further stipulate and agree that the period from June 15, 2009 to June 22, 2009, is excludable from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.§3161(h)(7)(A) and (B)(iv) and Local Code T4 for the effective preparation of defense counsel and continuity of defense counsel.

| | |
|---|---|
| DATED: June 11, 2009 | /s/ COLIN L. COOPER<br>Attorney for Defendant JAMES SVENDSEN |
| DATED: June 11, 2009 | /s/ SAMUEL WONG<br>Assistant United States Attorney |

_____

**ORDER**

GOOD CAUSE APPEARING from the reasons set forth in the stipulation of the parties, filed on June 11, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for June 15, 2009, shall be continued until Monday, June 22, 2009, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and defendant James Svendsen in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time from the date of the parties' stipulation, June 15, 2009, to, and including, June 22, 2009, is excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare and provide defendant with continuity of defense counsel.  IT IS HEREBY ORDERED that the status conference scheduled for June 15, 2009, is continued to June 22, 2009, at 10:00 a.m.

DATED: June 11, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE