1  COLIN L. COOPER, SBN 144291
    KELLIN R. COOPER, SBN 172111
2  DUSTIN GORDON, SBN 205216
    COOPER LAW OFFICES
3  800 Jones Street
    Berkeley, California 94710
4  Telephone: (510) 558-8400
    Fax: (510) 558-8401
5
    Attorneys for Defendant
6  JAMES SVENDSEN

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
                    SACRAMENTO DIVISION
11

12  UNITED STATES OF AMERICA,        )    NO. 09-CR-195 FCD
                                     )
13      Plaintiff,                   )    STIPULATION AND ORDER
                                     )    MODIFYING CONDITIONS OF
14  vs.                              )    PRETRIAL RELEASE
                                     )
15  JAMES SVENDSEN,                  )
                                     )
16      Defendant.                   )
    _____)
17

18      Defendant JAMES SVENDSEN, by and through his attorney Colin L. Cooper, and the

19  United States, by and through Assistant United States Attorney Samuel Wong, hereby stipulate

20  and agree that Mr. Svendsen's conditions of pretrial release are modified to include that he be

21  required to submit to drug or alcohol testing as approved by the Pretrial Services officer, and he

22  shall be required to participate in a program of medical or psychiatric treatment, including treatment

23  for drug or alcohol dependency, as approved by the pretrial services officer.   The United States

24  reserves its rights to move the Court for an order requiring additional financial security and/or

25  sureties to secure Mr. Svendsen's release.

26  DATED:  July 17, 2009            /s/ COLIN L. COOPER
                                      Attorney for Defendant JAMES SVENDSEN
27

28  DATED: July 17, 2009             /s/ SAMUEL WONG
                                      Assistant United States Attorney

-1-

-2-

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that Mr. Svendsen's conditions of pretrial release are modified to include that he be required to submit to drug or alcohol testing as approved by the Pretrial Services officer, and he shall be required to participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

DATED: July 21, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE