COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
JAMES SVENDSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 2:09-CR-00195 FCD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| vs. | ) CONTINUING STATUS CONFERENCE |
| JAMES SVENDSEN, | ) |
| Defendant. | ) |

    Defendant JAMES SVENDSEN, by and through his attorney Colin L. Cooper, and plaintiff United States of America, by and through Assistant United States Attorney Samuel Wong, hereby stipulate and agree to continue the status conference in the above-captioned case from Monday, September 28, 2009 at 10:00 a.m. to Tuesday, October 13, 2009, at 10:00 a.m. The continuance is requested to allow defendant's counsel additional time for review of discovery and further investigation. Defense counsel has been involved in trial preparation and trial on another matter for over the last month and, therefore, needs additional time to work on this matter.

    The parties further stipulate and agree that the period from the date of the parties' stipulation, September 25, 2009, to October 13, 2009, is excludable from computation of

time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.§3161(h)(7)(A) and (B)(iv) and Local Code T4 for the effective preparation of defense counsel and continuity of defense counsel.

DATED:  September 24, 2009          /s/ COLIN L. COOPER
                                                                          Attorney for Defendant JAMES SVENDSEN

DATED:  September 24, 2009          /s/ SAMUEL WONG
                                                                          Assistant United States Attorney

_____

## ORDER

GOOD CAUSE APPEARING from the reasons set forth in the stipulation of the parties, filed on September 25, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for September 28, 2009, shall be continued until Tuesday, October 13, 2009, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and defendant James Svendsen in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time from the date of the parties' stipulation, September 25, 2009, to, and including, October 13, 2009, is excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare and provide defendant with continuity of defense counsel.  IT IS HEREBY ORDERED that the status conference scheduled for September 28, 2009, is continued to October 13, 2009, at 10:00 a.m.

DATED: September 25, 2009

_____
                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE