COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
JAMES SVENDSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-CR-00195 FCD |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. ) | |
| JAMES SVENDSEN, ) | |
| Defendant. ) | |

    Defendant JAMES SVENDSEN, by and through his attorney Colin L. Cooper, and plaintiff United States of America, by and through Assistant United States Attorney Samuel Wong, hereby stipulate and agree to continue the status conference in the above-captioned case from Monday, November 2, 2009 at 10:00 a.m. to Monday, November 9, 2009, at 10:00 a.m. The continuance is requested to allow defendant's counsel additional time for review of discovery and further investigation.

    The parties further stipulate and agree that the period from November 2, 2009, to November 9, 2009, is excludable from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.§3161(h)(7)(A) and (B)(iv) and Local Code T4 for the effective preparation of defense counsel and continuity of defense counsel.

-1-

DATED:  October 27, 2009          /s/ COLIN L. COOPER
                                  Attorney for Defendant JAMES SVENDSEN

DATED:  October 27, 2009          /s/ SAMUEL WONG
                                  Assistant United States Attorney

_____

## ORDER

GOOD CAUSE APPEARING from the reasons set forth in the stipulation of the parties, filed on October 27, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for November 2, 2009, shall be continued until Monday, November 9, 2009, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and defendant James Svendsen in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time from the date of the parties' stipulation, November 2, 2009, to, and including, November 9, 2009, is excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare and provide defendant with continuity of defense counsel.  IT IS HEREBY ORDERED that the status conference scheduled for November 2, 2009, is continued to November 9, 2009, at 10:00 a.m.

DATED: October 27, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE