```
BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cr-00195 FCD |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| JAMES CHARLES SVENDSEN, et al., | |
| Defendants. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant James Charles Svendsen, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant James Charles Svendsen's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a) Miscellaneous equipment and supplies used to manufacture marijuana plants, including plastic plant starter trays, indoor plant grow lights, ballasts, irrigation equipment, camping equipment, ground processing tools, and plastic tubs.

2. The above-listed property is property constitutes property used, or intended to be used, in any manner or part, to

1  commit, or to facilitate the commission of a violation of 21
2  U.S.C. § 841(a)(1).

3     3.  Pursuant to Rule 32.2(b), the Attorney General (or a
4  designee) shall be authorized to seize the above-listed property.
5  The aforementioned property shall be seized and held by the U. S.
6  Marshals Service, in its secure custody and control.

7     4.  a.  Pursuant to 21 U.S.C. § 853(n), and Local Rule
8  83-171, the United States shall publish notice of the order of
9  forfeiture.  Notice of this Order and notice of the Attorney
10 General's (or a designee's) intent to dispose of the property in
11 such manner as the Attorney General may direct shall be posted
12 for at least 30 consecutive days on the official internet
13 government forfeiture site www.forfeiture.gov.  The United States
14 may also, to the extent practicable, provide direct written
15 notice to any person known to have alleged an interest in the
16 property that is the subject of the order of forfeiture as a
17 substitute for published notice as to those persons so notified.

18    b.  This notice shall state that any person, other
19 than the defendant, asserting a legal interest in the above-
20 listed property, must file a petition with the Court within sixty
21 (60) days from the first day of publication of the Notice of
22 Forfeiture posted on the official government forfeiture site, or
23 within thirty (30) days from receipt of direct written notice,
24 whichever is earlier.
25 ///
26 ///
27 ///
28 ///

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a) in which all interests will be addressed.

SO ORDERED this  16th  day of  February , 2010.

FRANK C. DAMRELL, JR.
United States District Judge