1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2772

5

6

7

8        IN THE UNITED STATES DISTRICT COURT FOR THE

9             EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  2:09-cr-00195 FCD
                                  )
12          Plaintiff,            )  PRELIMINARY ORDER OF
                                  )  FORFEITURE
13      v.                        )
                                  )
14 JAMES CHARLES SVENDSEN, et al.,)
                                  )
15          Defendants.           )
   _____)

16

17      Based upon the plea agreement entered into between plaintiff

18 United States of America and defendant Kurt Gerard Englehardt, it

19 is hereby ORDERED, ADJUDGED AND DECREED as follows:

20      1.  Pursuant to 21 U.S.C. § 853(a), defendant Kurt Gerard

21 Englehardt's interest in the following property shall be

22 condemned and forfeited to the United States of America, to be

23 disposed of according to law:

24           a)   Miscellaneous equipment and supplies used to
                  manufacture marijuana plants, including plastic
25                plant starter trays, indoor plant grow lights,
                  ballasts, irrigation equipment, camping equipment,
26                ground processing tools, and plastic tubs.

27

28      2.  The above-listed property is property constitutes

property used, or intended to be used, in any manner or part, to

                         1              Preliminary Order of Forfeiture

1   commit, or to facilitate the commission of a violation of 21

2   U.S.C. §§ 841(a)(1) and 846.

3        3.   Pursuant to Rule 32.2(b), the Attorney General (or a

4   designee) shall be authorized to seize the above-listed property.

5   The aforementioned property shall be seized and held by the U. S.

6   Marshals Service, in its secure custody and control.

7        4.   a.   Pursuant to 21 U.S.C. § 853(n), and Local Rule

8   83-171, the United States shall publish notice of the order of

9   forfeiture.  Notice of this Order and notice of the Attorney

10  General's (or a designee's) intent to dispose of the property in

11  such manner as the Attorney General may direct shall be posted

12  for at least 30 consecutive days on the official internet

13  government forfeiture site www.forfeiture.gov.  The United States

14  may also, to the extent practicable, provide direct written

15  notice to any person known to have alleged an interest in the

16  property that is the subject of the order of forfeiture as a

17  substitute for published notice as to those persons so notified.

18            b.   This notice shall state that any person, other

19  than the defendant, asserting a legal interest in the above-

20  listed property, must file a petition with the Court within sixty

21  (60) days from the first day of publication of the Notice of

22  Forfeiture posted on the official government forfeiture site, or

23  within thirty (30) days from receipt of direct written notice,

24  whichever is earlier.

25  ///

26  ///

27  ///

28

Preliminary Order of Forfeiture

1       5.   If a petition is timely filed, upon adjudication of all

2   third-party interests, if any, this Court will enter a Final

3   Order of Forfeiture pursuant to 21 U.S.C. § 853(a) in which all

4   interests will be addressed.

5       SO ORDERED this 23rd day of February, 2010.

6

7

8   _____

    FRANK C. DAMRELL, JR.

9   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28