```
1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cr-00195 FCD |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JAMES CHARLES SVENDSEN, and KURT GERARD ENGLEHARDT, | |
| Defendants. | |

WHEREAS, on or about February 16, 2010, and February 24, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendants James Charles Svendsen and Kurt Gerard Englehardt forfeiting to the United States the following property:

   a) Miscellaneous equipment and supplies used to manufacture marijuana plants, including plastic plant starter trays, indoor plant grow lights, ballasts, irrigation equipment, camping equipment, ground processing tools, and plastic tubs.

AND WHEREAS, beginning on February 17, 2010, and February 25, 2010, for at least 30 consecutive days the United States published notice of the Court's Orders of Forfeiture on the

1  official internet government forfeiture site www.forfeiture.gov.
2  Said published notice advised all third parties of their right to
3  petition the Court within sixty (60) days from the first day of
4  publication of the notice for a hearing to adjudicate the
5  validity of their alleged legal interest in the forfeited
6  property;
7       AND WHEREAS, the Court has been advised that no third party
8  has filed a claim to the subject property, and the time for any
9  person or entity to file a claim has expired.
10      Accordingly, it is hereby ORDERED and ADJUDGED:
11      1.  A Final Order of Forfeiture shall be entered forfeiting
12  to the United States of America all right, title, and interest in
13  the above-listed property pursuant to 21 U.S.C. § 853(a), to be
14  disposed of according to law, including all right, title, and
15  interest of James Charles Svendsen and Kurt Gerard Englehardt.
16      2.  All right, title, and interest in the above-listed
17  property shall vest solely in the United States of America.
18      3.  The United States Marshals Service shall maintain
19  custody of and control over the subject property until it is
20  disposed of according to law.
21      SO ORDERED this 24th day of May, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE